UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| WAYNE GILMORE, an individual, | |
| Plaintiff, | CIVIL ACTION |
| | NO: 2:22-cv-04537 |
| v. | SECTION: "T" (2) |
| KRC VETERANS PROPERTIES LLC, a Louisiana Limited liability Company, | |
| Defendant. | |

---

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action without prejudice and except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

Dated: January 17, 2023

Respectfully Submitted,                                   Respectfully Submitted,

*/s/ Georgianne Sims*                                     */s/ David I. Courcelle*          .
Georgianne Sims, Esq. (La. # 27879)                       David I. Courcelle, Esq. (La. # 23696)
KU & MUSSMAN, P.A.                                        Law Office of David I. Courcelle, LLC
18501 Pines Blvd, Suite 209-A                             3500 N. Causeway Blvd., Suite 185
Pembroke Pines, FL 33029                                  Metairie, LA 70002
Tel: (305) 891-1322                                       Telephone: (504) 828-1315
Fax: (305) 891-4512                                       Facsimile: (504) 828-1379
Georgianne.sims@gmail.com                                 dcourcelle@courcellelaw.com

*Attorney for Plaintiff*                                  *Attorney for the Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of January 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

David I. Courcelle, Esq.
Law Office of David I. Courcelle, LLC
3500 N. Causeway Blvd., Suite 185
Metairie, LA 70002
dcourcelle@courcellelaw.com

                                         By:  /s/ Georgianne Sims
                                                   Georgianne Sims, Esq. (La. # 27879)